IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.  3:09cr89/LAC
     3:12cv390/LAC/EMT

PRESTON LOUIS STEVENSON
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 30, 2012 (doc. 85).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 84) is summarily **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of October,  2012.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**